IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HERB FRESH, LLC, | CASE NO. 5:12-cv-03669 EJD |
| Plaintiff(s), | **ORDER RE: SETTLEMENT** |
| v. | |
| GR PRODUCTS, LLC, et. al., | [Docket Item No(s). 18] |
| Defendant(s). | |

In light of the Notice of Settlement filed on July 26, 2012 (see Docket Item No. 18), the temporary restraining order issued on July 16, 2012 (see Docket Item No. 12), is EXTINGUISHED. The parties' request to continue the hearing on the Order to Show Cause for Preliminary Injunction is GRANTED. The hearing is rescheduled from July 27, 2012, to **August 3, 2012, at 9:00 a.m.**

**IT IS SO ORDERED.**

Dated: July 27, 2012

EDWARD J. DAVILA
United States District Judge