Paul W. Moncrief, Esq., SBN 204239
Paul Hart., Esq., SBN 237766
Dennis J. Lewis, Esq. 262256
JOHNSON, MONCRIEF & HART, PC
16 West Gabilan Street
Salinas, CA 93901
Telephone: (831) 759-0900
Facsimile: (831) 759-0902

Attorney for Plaintiff Herb Fresh, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERB FRESH, LLC, a Nevada limited liability company<br><br>Plaintiff,<br><br>v.<br><br>GR PRODUCTS, LLC, a Nevada limited liability company; ANGUS CALDERHEAD, an individual; PETER CALDERHEAD, an individual; ROLDOLFO GUIZAR, an individual and DOES 1 through 20, Inclusive,<br><br>Defendants. | Case No. 5:12-CV-03669<br><br>[PROPOSED] ORDER ON DISMISSAL |

Pursuant to the request of Plaintiff HERB FRESH, LLC, IT IS HEREBY ORDERED that Dismissal of this entire action as to Defendant ANGUS CALDERHEAD only with Prejudice in accordance with Federal Rules of Civil Procedure 41(a) is hereby GRANTED.

Dated: __August 13__, 2012

_____
Edward J. Davila
Judge of the U. S. District Court,
Northern District of California