**United States District Court**
For the Northern District of California

1

2

3        IN THE UNITED STATES DISTRICT COURT

4        FOR THE NORTHERN DISTRICT OF CALIFORNIA

5        SAN JOSE DIVISION

6    HERB FRESH, LLC,                          CASE NO. 5:12-cv-03669 EJD

7                                              **ORDER CONTINUING HEARING ON**
                  Plaintiff(s),               **ORDER TO SHOW CAUSE**
8         v.

9    GR PRODUCTS, LLC, et. al.,

10

11                Defendant(s).
                                         /

12        Having reviewed the Joint Status Report filed by the parties on August 17, 2012 (see Docket

13   Item No. 25), and good cause appearing therefor, the Order to Show Cause re: Settlement filed

14   August 2, 2012, is REISSUED and the hearing thereon CONTINUED to **November 9, 2012, at**

15   **9:00 a.m.**  The hearing scheduled for August 24, 2012, is VACATED.

16        On or before **November 2, 2012**, the parties shall file a joint statement in response to the

17   Order to Show Cause setting forth the status of settlement efforts as well as the amount of additional

18   time necessary to finalize and file a dismissal.

19        The Order to Show Cause shall be automatically vacated and the parties relieved of the

20   obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil

21   Procedure 41(a) is filed on or before November 2, 2012.

22   **IT IS SO ORDERED.**

23

24   Dated:  August 22, 2012

                                              EDWARD J. DAVILA
25                                            United States District Judge

26

27

28

                                              1
     CASE NO. 5:12-cv-03669 EJD
     ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE