Paul W. Moncrief, Esq., SBN 204239
Paul Hart., Esq., SBN 237766
Dennis J. Lewis, Esq. 262256
JOHNSON, MONCRIEF & HART, PC
16 West Gabilan Street
Salinas, CA 93901
Telephone: (831) 759-0900
Facsimile: (831) 759-0902

Attorney for Plaintiff Herb Fresh, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERB FRESH, LLC, a Nevada limited liability company<br><br>Plaintiff,<br><br>v.<br><br>GR PRODUCTS, LLC, a Nevada limited liability company; ANGUS CALDERHEAD, an individual; PETER CALDERHEAD, an individual; ROLDOLFO GUIZAR, an individual and DOES 1 through 20, Inclusive,<br><br>Defendants. | Case No. 5:12-CV-03669 EJD<br><br>[~~PROPOSED~~] ORDER RE DISMISSAL OF ENTIRE ACTION |

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that Dismissal of this entire action with prejudice is hereby GRANTED.  The Clerk shall close this file.

Dated: _____11/6_____, 2012      _____[signature]_____
                                      Edward J. Davila
                                      Judge of the U. S. District Court,
                                      Northern District of California

[Proposed] Order Re Dismissal
Herb Fresh, LLC  v. GR Products, LLC, et al.
Case No. 5:12-CV-03669

1